1038

MERWIN T. GARRETT, *Respondent,* v. RUSSEL KOOISTRA,
ET AL, *Defendants,* KENNETH N. PRICE,
ET AL, *Appellants.*

LIBERTY LAKE VILLAGE LTD., *Respondent,* v. MERWIN
T. GARRETT, *Appellant.*

Appeals from judgments of the Superior Court for Spokane County, Nos. 79–2–01762–5, 84–2–01812–1, William G. Luscher and John A. Schultheis, JJ., entered March 15 and October 12, 1984. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.

ALFRED LEE DURFEE, ET AL, *Respondents,* v. NORMAN
J. HARRIS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 80–2–01170–4, Albert J. Yencopal, J., entered July 2, 1984. *Reversed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

NORMAN F. TRITT, *as Guardian, Appellant,* v. THE
TRAVELERS INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84–2–00106–7, Thomas E. Merryman, J., entered July 2, 1984. *Reversed* and *remanded* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.